# ELECTRONIC RECORD

COA # 01-13-01081-CR      OFFENSE: 10.01 (Habeas corpus)

STYLE: Ex parte Joseph Montano v.      COUNTY: Harris

COA DISPOSITION: AFFIRM      TRIAL COURT: 228th District Court

DATE: 11/20/2014      Publish: YES   TC CASE #: 1408110

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Ex parte Joseph Montano v.      CCA #: 1630-14

_____ APPELLANT'S _____ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_____ REFUSED _____      JUDGE: _____

DATE: 02/04/2015      SIGNED: _____   PC: _____

JUDGE: Per Curiam      PUBLISH: _____   DNP: _____

NEWELL, J., NOT PARTICIPATING

----------------------------

_____ APPELLANT'S _____ MOTION FOR

REHEARING IN CCA IS: denied Mar. 18, 2015

JUDGE: PC

Newell, J., NOT PARTICIPATING

**ELECTRONIC RECORD**

3/18/2015

**MONTANO, EX PARTE JOSEPH**   **Tr. Ct. No. 1408110**   **COA No. 01-13-01081-CR**
**PD-1630-14**

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

1ST COURT OF APPEALS   CLERK
CHRISTOPHER A. PRINE
301 FANNIN
HOUSTON, TX  77002-7006
* DELIVERED VIA E-MAIL *